[No. 6279–1–III.  Division Three.  December 13, 1984.]

DONALD A. SIEMENS, *Appellant,* v. THE CITY OF
RICHLAND, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 81–2–01379–9, Duane E. Taber, J., entered April 1, 1983. *Affirmed* by unpublished opinion per Mun-

son, C.J., concurred in by Thompson, J., and Hopkins, J. Pro Tem.